# EXHIBIT A

718119100
3

## cashclub™

EVI* EVERI HQ QA
EVERI HQA
LAS VEGAS NV 89139

MERCHANT ID: 99999NVGCAGCAHQ

6/30/2017 10:11:55 AM

| | |
|---|---|
| CARDHOLDER: | DAVID BOYD |
| PLAYER CARD: | 9284444 |
| CARD NUMBER: | ********6488 |
| BIN: | 5177 |
| AMOUNT: | $20.00 |
| FEE: | $2.00 |
| TOTAL CHARGED: | $22.00 |
| FUNDING TYPE: | ELECTRONIC |
| PURCHASE FROM: | CREDIT |
| ENTRY MODE: | SWIPE |
| PAYOUT TYPE: | CASH |
| CARD NETWORK: | MC |
| REFERENCE NO.: | 22 |
| WORKSTATION: | NVGCAC48 |
| CASHIER: | ***** |
| AUTH CODE: | 005340 |
| | |
| LABEL: | MC |
| AID: | |

FOR QUESTIONS ABOUT THIS TRANSACTION, CALL 800-644-0439
We collect nonpublic personal information ("information") about you from the following sources:
· Information we receive from you on applications or other forms; and
· Inforamation about your transactions with us, our affiliates, or others.
We may disclose all of the information that we collect, as described above. We may disclose information about you to the casino in which you use our services. We may also disclose information about you to nonaffiliated third parties as permitted by law. We may disclose all of the information we collect, as described above, to companies that perform marketing services on our behalf or to other financial institutions with whom we have joint marketing agreements. If you prefer that we not disclose information about you to nonaffiliated third parties, you may opt out of these disclosures, that is, you may direct us not to make these disclosures (other than those permitted by law). If you wish to opt out of disclosures to nonaffiliated third parties, you should contact us at (800) 644-0439. We restrict access to information about you to those employees who we determine need to know that information to provide products or services to you. We maintain physical, electronic, and procedural safeguards to guard information about you.

**CUSTOMER COPY**