## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-62481-CIV-ALTMAN/Hunt

**ONEEB REHMAN,**

     *Plaintiff,*

v.

**EVERI HOLDINGS, INC.** *and*
**EVERI PAYMENTS, INC.** *f/k/a*
**GLOBAL CASH ACCESS**
**HOLDINGS, INC.,**

     *Defendants.*

_____/

### ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Plaintiff's Notice of Voluntary Dismissal without Prejudice [ECF No. 63]. Being fully advised, the Court hereby

**ORDERS** that this action is **DISMISSED without prejudice**. The Clerk of Court is directed to **CLOSE** this case. All pending motions are **DENIED as moot**. All pending deadlines and hearings are **TERMINATED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 4th day of November 2020.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record